UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**            CASE NO.: 16-17849-JKO

☑ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SURAT, DEONAUTH            JOINT DEBTOR: _____

Last Four Digits of SS# __XXX-XX-0036__            Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __137.50__ for months __1__ to __36__ ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $ __3,500.00__
                   TOTAL PAID       $ __1,500.00__
                   Balance Due      $ __2,000.00__   payable $ __125.00__ month (Months __1__ to __16__)
                                                     payable $ _____ month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____            Arrearage on Petition Date $ _____
Address _____       Arrears Payment $ _____ /month (Months ____ to ____)
                       Regular Payment $ _____ /month (Months ____ to ____)
Loan # _____        Arrears Payment $ _____ /month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Secured Creditor | Pay Off Amount & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____            Total Due $ _____
                       Payable $ _____ /month (Months ____ to ____)

Unsecured Creditors: Pay $ __125.00__ month (Months __17__ to __36__); $ ____ month (Months ____ to ____)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: _____
TAX RETURN LANGUAGE
Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*Deonauth Surat*
Debtor                                              Joint Debtor
Date: 7/27/17                                       Date: _____

LF-31(rev. 8/01/06)